COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Neat Home Investors, LLC, Ignacio Flores and Leticia Ramirez v. Frank Grande and Suzan Grande d/b/a CJ Properties |
| Appellate case number: | 01-17-00334-CV |
| Trial court case number: | CI55015 |
| Trial court: | County Court at Law No. 2 and Probate Court of Brazoria County |

On February 22, 2018, we abated this appeal to allow the parties to finalize a settlement of the matter underlying this appeal. Appellants, Neat Home Investors, LLC, Ignacio Flores, and Leticia Ramirez, have notified the Clerk of this Court that the parties' settlement includes an agreement "whereby Flores will purchase the disputed property from Appellees," and "[i]t is believed that the pending sale can be closed within 30 days." Appellants request that the abatement be continued for an additional thirty days to finalize the sale of the property.

Accordingly, unless the parties file **no later than Wednesday, January 2, 2019**, a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, a report advising the Court of the status of the settlement proceedings, or a response demonstrating that a live controversy as to the merits of the appeal exists, the appeal may be reinstated on the Court's active docket and dismissed without further notice.

The appeal remains abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: ___/s/ Terry Jennings_____
                  ☒ Acting individually     ☐ Acting for the Court

Date: __November 27, 2018_